UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
 )
SUCA LAND SALES & DEVELOPMENT, )
    LLC, ) Chapter 7 Case No.
 ) 09-10901-SDB
              DEBTOR. )

## SUPPLEMENTAL REPORT OF DISTRIBUTION

On September 12, 2016, the Trustee filed his Trustee's Final Report. Distribution pursuant to the terms of the Final Report took place on or about October 11, 2016. Subsequently, Internal Revenue Service refunded to the bankruptcy estate the sum of $2,000.00, representing funds paid to Internal Revenue Service on claim number 2.

Based on the foregoing, the Trustee shall distribute the funds as set forth in the attached proposed distribution.

                                      /s/ A. Stephenson Wallace
                                      A. STEPHENSON WALLACE
                                      Chapter 7 Trustee
                                      Georgia State Bar No. 733650

OF COUNSEL:

A. STEPHENSON WALLACE, P.C.
3744 Walton Way Extension
P.O. Box 14308
Augusta, Georgia 30919
(706) 863-0400

# Claims Proposed Distribution

Case: 09-10901-SDB  SUCA LAND SALES & DEVELOPMENT, LLC

Report Includes ONLY Claims with a Proposed Distribution

A. Stephenson Wallace, Trustee
Case Balance: $2,000.00
Total Proposed Payment: $2,000.00
Remaining Balance: $0.00

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 11 | Magalie Pierre-Joseph | | $3,500.00 | $3,500.00 | $2,464.51 | $1,035.49 | $176.70 | $1,823.30 |
| | Allowed as tardily filed unsecured claim: Docket # 152 | | | | | | | |
| 12 | David Green | | $36,114.40 | $36,114.40 | $25,429.76 | $10,684.64 | $1,823.30 | $0.00 |
| | Allowed as tardily filed unsecured claim: Docket # 153 | | | | | | | |

## Case Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Claims: 5.04% | | | $39,614.40 | $39,614.40 | $27,894.27 | | $2,000.00 |

| | | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|
| | Page sub-total : | $39,614.40 | $39,614.40 | $27,894.27 | $11,720.13 | $2,000.00 |
| | Grand Total : | $39,614.40 | $39,614.40 | $27,894.27 | $11,720.13 | $2,000.00 |

Total 2 claims
1/31/2017 12:54:03PM

1 of 1